In the Matter of the Probate of the Will of MOLLIE WEISBERG, Deceased. STANFORD WEISS, Appellant; JOSEPH WEISS et al., Respondents.— In a contested probate proceeding, contestant appeals from a resettled order of the Surrogate's Court, Nassau County, appointing as temporary administrator one of three persons nominated as executors in the propounded instrument. Resettled order affirmed, with $10 costs and disbursements, payable out of the estate. Although the objections allege fraud and undue influence on the part of the two other named executors, no such charge is made against the temporary administrator. He is not a beneficiary under the will, and is an experienced and reputable attorney, familiar with the affairs of the decedent. It was for the Surrogate to determine in his discretion who should be appointed. (Surrogate's Ct. Act, § 126.) We find no abuse of discretion in the appointment made. (Cf. *Matter of Erlanger*, 136 Misc. 793, affd. 229 App. Div. 778.) Nolan, P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ., concur.

■

BERTELL W. KING et al., Respondents, v. INCORPORATED VILLAGE OF OCEAN BEACH et al., Appellants.— Appeal from a judgment in favor of plaintiffs declaring that the ordinance of the Incorporated Village of Ocean Beach, relating to the preservation of dunes on the ocean front, constituting article XII thereof, effective November 25, 1953, to be unlawful, illegal, unconstitutional and void and ineffective to prevent the plaintiffs, their successors, grantees and assigns, and all other persons similarly situated from using their real property free from the operative effect of said ordinance and enjoining the defendants and each of them from enforcing or attempting to enforce said ordinance. Judgment unanimously affirmed, with costs. No opinion. Present — MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. [207 Misc. 100.]

■

MARGARET LEBERT, Respondent, v. KARL SCHIMMELPFENNIG et al., Doing Business as ELWOOD BAKE SHOP, Appellants.— Action in negligence to recover damages for personal injuries suffered by plaintiff when a small piece of wire lodged in her throat as a result of eating a piece of a cake, which cake had been purchased from defendants. Judgment entered on the verdict of a jury in favor of plaintiff unanimously affirmed, with costs. No opinion. Appeal from order denying appellants' motion to resettle the judgment dismissed, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta, JJ.